IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Christian S.,

                                                   Case No. 2:20-cv-5341

        Plaintiff,

  v.

Kilolo Kijakazi, Acting Commissioner of
Social Security,

        Defendant.

## ORDER

This matter is before the court on the magistrate judge's Report and Recommendation, which recommended that the court overrule plaintiff's statement of errors and affirm the Commissioner's non-disability determination.

No objections have been filed to the Report and Recommendation. Upon review, the court adopts the Report and Recommendation in its entirety.

Accordingly, the court overrules plaintiff's statement of errors and affirms the Commissioner's non-disability determination. The Clerk shall enter judgment for the defendant.

Date: January 13, 2022

                                                 s/James L. Graham
                                                 James L. Graham
                                                 United States District Judge